AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

FID 11780713

**RECEIVED**
By USMS District of Columbia District Court at 7:43 am, Mar 19, 2025

United States of America
v.
Christopher Douglas Gilpin

*Defendant*

)
) Case: 1:25-mj-00042
) Assigned To : Harvey, G. Michael
) Assign. Date : 3/18/2025
) Description: COMPLAINT W/ARREST WARRANT
)

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Christopher Douglas Gilpin    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 USC 2252(a)(2).

Date: ___03/18/2025___

*Issuing officer's signature*

City and state:    Washington, D.C.    G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* 8/8/2025
at *(city and state)* Louisville, KY

Date: 8/8/2025

*Arresting officer's signature*

Benjamin Kelley, DUSM
*Printed name and title*